```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD NUWINTORE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR-S-07-139 WBS (DAD) |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER CONTINUING |
| ) | DETENTION HEARING AND PRELIMINARY |
| v.  ) | EXAMINATION FOR DEFENDANT RICHARD |
| ) | NUWINTORE |
| RICHARD NUWINTORE,  ) | |
| ) | |
| Defendant.  ) | Date: April 27, 2007 |
| ) | Time: 2:00 p.m. |
| ) | Judge: HON. DALE A. DROZD |
| _____  ) | |

   IT IS HEREBY STIPULATED between the parties, Kenneth Melikian, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defendant, attorney for defendant RICHARD NUWINTORE, that both the detention hearing and the preliminary examination, currently set for April 13, 2007, be continued until April 27, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.

   By this continuance, the defendant RICHARD NUWINTORE hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

/////

```
Dated: April 12, 2007                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Mary M. French
                                         _____
                                         MARY M. FRENCH
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         RICHARD NUWINTORE


Dated: April 12, 2007

                                         MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Mary M. French for
                                         _____
                                         KENNETH MELIKIAN
                                         Assistant U.S. Attorney
                                         per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

DATED: April 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/nuwintore0139.stipord

Stip & Order                              2