UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 3, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br>v.  )<br> )<br>RICHARD NUWINTORE,  )<br> )<br>Defendant.  ) | Case No. 2:07CR00139-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICHARD NUWINTORE__, Case No. __2:07CR00139-WBS__, Charge __18 USC § 1029(a)(2), Access Device Fraud__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __250,000.00__

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __May 3, 2007__ at __3:49 pm__ .

By   /s/ Dale A. Drozd
       Dale A. Drozd
       United States Magistrate Judge

Copy 5 - Court