MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>RICHARD NUWINTORE,<br><br>           Defendant.<br>_____/ | CASE NO. 2:07- CR-0139 WBS<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:    October 15, 2007<br>Time:   8:30 a.m.<br>Crtrm.:  Hon. William B. Shubb |

      The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby, and the United States of America, through its counsel of record, Assistant United States Attorney Kenneth J. Melikian, agree that the Status Conference currently set for August 13, 2007 should be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to October 15, 2007, at 8:30 a.m..

      This continuance is requested to permit defense counsel additional time to conduct investigation into the allegations presented, to prepare a defense, and to review discovery from the government which has just been recently received. Additional time for attorney preparation is authorized by 18 U.S.C. § 3161(H)(8)(iv) of the Speedy Trial Act and Local Code T4.  Thus, the parties further agree that time

1

1  should be excluded from August 13, 2007 to October 15, 2007 pursuant to 18 U.S.C.
2  § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for that purpose.
3      I declare under penalty of perjury that the foregoing is true and correct, and
4  that this declaration was executed on July 31, 2007, at Sacramento, California.

                                   **SEGAL & KIRBY**

                          By:   /s/ JAMES P. MAYO
                                Attorneys for Defendant RICHARD
                                NUWINTORE

**IT IS SO STIPULATED.**

                                   **SEGAL & KIRBY**

Dated:  July 31, 2007
                          By:   /s/ JAMES P. MAYO
                                Attorneys for Defendant RICHARD
                                NUWINTORE

Dated: July 31, 2007               **McGREGOR W. SCOTT**
                                   **United States Attorney**

                          By:   /s/ KENNETH J. MELIKIAN
                                Assistant United States Attorney
                                (signed per authorization)

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for set for August 13, 2007 is continued to October 15, 2007, at 8:30 a.m., and that time is excluded from August 13, 2007 to October 15, 2007 pursuant to 18

///
///
///
///
///

2

U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated: August 1, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE