```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br>RICHARD NUWINTORE,          )<br>                            )<br>            Defendants.     )<br>_____) | CR. NO. S-07-139 WBS<br><br>STIPULATION; ORDER |

    Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for October 15, 2007.  The parties further stipulate that a status conference be placed on the court's December 10, 2007, calendar.

    After having reviewed the discovery provided directly to him, defense counsel has an appointment next week to examine all of the physical evidence which was seized during the search of the defendant's residence.  After examining this evidence, defense counsel will certainly need to conduct further investigation. It is anticipated that said investigation could

1

1  be extensive, though the parties hope that it will be concluded
2  by December 10th.
3       Accordingly, both parties request that the status conference
4  in this case be continued to December 10, 2007 at 8:30 a.m.  Both
5  parties  agree that time should be excluded through December 10,
6  2007, from computation under the Speedy Trial Act pursuant to
7  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
8  the defendant reasonable time to prepare her case.
9  DATED: October 12, 2007            Respectfully submitted,
10                                    McGREGOR W. SCOTT
                                      United States Attorney
11
12
                                   By:/s/ Kenneth J. Melikian
13                                    KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
14
15 DATED: October 12, 2007            /s/ Kenneth J. Melikian
                                      MALCOLM S. SEGAL
16                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
17                                    per  authorization by Malcolm S.
                                      Segal)
18
19
20      IT IS SO ORDERED.
21
22 DATED:  October 12, 2007
23                            _____
24                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
25
26
27
28

2