MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD NUWINTORE,<br><br>Defendant.<br>_____/ | CASE NO. 2:07- CR-0139 WBS<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:     January 28, 2008<br>Time:    8:30 a.m.<br>Crtrm.:  Hon. William B. Shubb |

The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby, and the United States of America, through its counsel of record, Assistant United States Attorney Kenneth J. Melikian, agree that the Status Conference currently set for December 10, 2007 should be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to January 28, 2008, at 8:30 a.m..

This continuance is requested to permit defense counsel additional time to conduct investigation into the allegations presented, to prepare a defense, and to

1

review the results of an expert analysis and report which is presently in progress. Additional time for attorney preparation is authorized by 18 U.S.C. § 3161(H)(8)(iv) of the Speedy Trial Act and Local Code T4.  Thus, the parties further agree that time should be excluded from December 10, 2007 to January 28, 2008 pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for that purpose.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 5, 2007, at Sacramento, California.

**SEGAL & KIRBY**

By:   /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

**IT IS SO STIPULATED.**

**SEGAL & KIRBY**

Dated: December 5, 2007

By:   /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

Dated: December 5, 2007

**McGREGOR W. SCOTT**
**United States Attorney**

By:   /s/ Kenneth J. Melikian
Kenneth J. Melikian
Assistant United States Attorney
(signed per authorization)

2

## **ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for set for December 10, 2007 is continued to January 28, 2008, at 8:30 a.m., and that time is excluded from December 10, 2007 to January 28, 2008 pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated:  December 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE