1 McGREGOR W. SCOTT
  United States Attorney
2 KENNETH J. MELIKIAN
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, Ca.  95814
4 Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  CR. NO. S-07-139 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION; ORDER
13      v.                         )
                                   )
14 RICHARD NUWINTORE,              )
                                   )
15                                 )
                Defendants.        )
16 _____ )

17     Defendant Richard Nuwintore, through Malcolm S. Segal,

18 Attorney At Law, and the United States of America, through

19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

20 status conference scheduled for January 28, 2008.  The parties

21 further stipulate that a status conference be placed on the

22 court's March 10, 2008, calendar.

23     The parties are still awaiting the results of a handwriting

24 analysis, said results being extremely important in this case.

25 After these results are obtained, the parties will enter serious

26 negotiations.  If these negotiations do not result in a

27 resolution of the case, both parties will need to start preparing

28 for a possible trial.

                                  1

1   Accordingly, both parties request that the status conference
2   in this case be continued to March 10, 2008 at 8:30 a.m.   Both
3   parties  agree that time should be excluded through March 10,
4   2008, from computation under the Speedy Trial Act pursuant to
5   local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
6   the defendant reasonable time to prepare his case.

7   DATED: January 25, 2008          Respectfully submitted,

8                                    McGREGOR W. SCOTT
                                     United States Attorney
9

10                             By: /s/ Kenneth J. Melikian
11                                 KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney
12

13  DATED: January 25, 2008       /s/ Kenneth J. Melikian
14                                 MALCOLM S. SEGAL
                                   Attorney for Defendant
15                                 (Signed by Kenneth J. Melikian
                                   per  authorization by Malcolm S.
16                                 Segal)
17

18      IT IS SO ORDERED.

19

20  DATED: January 25, 2008

21

22  _____
    WILLIAM B. SHUBB
23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2