McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-139 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| RICHARD NUWINTORE, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 10, 2008.  The parties further stipulate that a status conference be placed on the court's April 14, 2008, calendar.

    The parties are still awaiting the results of a handwriting analysis, said results being extremely important in this case. Serious negotiations can not commence until these results are obtained.  If these negotiations, once entered, do not result in a resolution of the case, both parties will need to start preparing for a possible trial.

1

1      Accordingly, both parties request that the status conference
2 in this case be continued to April 14, 2008.  Both parties agree
3 that time should be excluded through April 14, 2008, from
4 computation under the Speedy Trial Act pursuant to local code T4
5 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6 reasonable time to prepare his case.

7 DATED: March 7, 2008                Respectfully submitted,

8                                     McGREGOR W. SCOTT
                                      United States Attorney
9

10
                                      By:/s/ Kenneth J. Melikian
11                                       KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
12

13 DATED: March 7, 2008                /s/ Kenneth J. Melikian
                                       MALCOLM S. SEGAL
14                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
15                                     per  authorization by Malcolm S.
                                       Segal)
16

17

18      IT IS SO ORDERED.

19

20 DATED: March 7, 2008

21                                    _____
                                      WILLIAM B. SHUBB
22                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2