McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD NUWINTORE,<br><br>　　　　　Defendants. | CR. NO. S-07-139 WBS<br><br>STIPULATION; ORDER |

　　　Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 14, 2008.  The parties further stipulate that a status conference be placed on the court's June 30, 2008, calendar.

　　　The parties had been awaiting the results of an important handwriting analysis.  Those results were recently received, and they were inconclusive.  The handwriting expert believes that further analysis will yield a conclusive result, and has requested that new exemplars be obtained in a slightly different manner than they were before.

1

1     These exemplars will take up to four hours to complete, and
2 have been scheduled to be obtained later this month.  After these
3 exemplars are sent to the handwriting expert, it is estimated
4 that results will take four to six weeks to obtain.
5     As the handwriting analysis is an important part of this
6 case, the parties can not start serious negotiations until these
7 results are obtained.
8     Accordingly, both parties request that the status conference
9 in this case be continued to June 30, 2008.  Both parties  agree
10 that time should be excluded through June 30, 2008, from
11 computation under the Speedy Trial Act pursuant to local code T4
12 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
13 reasonable time to prepare his case.

14 DATED: April 8, 2008            Respectfully submitted,

15                                        McGREGOR W. SCOTT
                                       United States Attorney
16

17
                              By:/s/ Kenneth J. Melikian
18                                 KENNETH J. MELIKIAN
                                Assistant U.S. Attorney
19

20 DATED: April 8, 2008            /s/ Kenneth J. Melikian
                                MALCOLM S. SEGAL
21                                 Attorney for Defendant
                                (Signed by Kenneth J. Melikian
22                                 per  authorization by Malcolm S.
                                Segal)
23

24

25     IT IS SO ORDERED.
26 DATED: April 9, 2008
27
                                WILLIAM B. SHUBB
28                                 UNITED STATES DISTRICT JUDGE