MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY**
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD NUWINTORE,

Defendant.
_______________________________/

CASE NO. 2:07- CR-0139 WBS

**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING TERMS OF PRETRIAL RELEASE RE TRAVEL RESTRICTIONS AND RELEASE OF PASSPORT**

The defendant, Richard Nuwintore, through his counsel of record, Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Ken Melikian, with the concurrence of Pre-Trial Services, agree and stipulate that: (1) the condition of pre-trial release restricting the defendant's travel shall be modified; and, (2) the defendant shall be permitted to travel to the country of Burundi during the months of May and June 2008, subject to submission of the dates of travel in advance of his departure to Pre-Trial Services and monitoring of the trip by Pre-Trial Services via weekly telephonic conferences with the defendant during the period he is out of the United States.

///

///

///

The reason for the proposed travel is that:

The defendant's personal and family real property located in Burundi was seized during that country's civil war and during related political disputes. Those disputes, to the extent that they affect his property, are now concluded and the defendant must return home to reclaim family property and to perfect and execute in person documents necessary for that purpose.

It is further stipulated that the defendant's passport previously surrendered to the Court as a condition of pre-trial release may be released by the Clerk of the Court to counsel for the defendant for this purpose. Upon his return to the United States, the defendant shall: (1) immediately notify Pre-Trial Service; and,
(2) surrender his passport to the Clerk of the Court no later than July 7, 2008.

**IT IS SO STIPULATED.**

**SEGAL & KIRBY**

Dated: May 13, 2008

By: /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

Dated: May 13, 2008

**McGREGOR W. SCOTT**
**United States Attorney**

By: /s/ Kenneth Melikian
Kenneth Melikian
Assistant United States Attorney

//

//

//

//

//

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: May 13, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE