McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. S-07-139 WBS
                                 )
              Plaintiff,         )
                                 )   STIPULATION; ORDER
       v.                        )
                                 )
RICHARD NUWINTORE,               )
                                 )
                                 )
              Defendants.        )
_____)

    Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 30, 2008.  The parties further stipulate that a status conference be placed on the court's August 25, 2008, calendar.

    The parties had been awaiting the results of an important handwriting analysis.  Those results were recently received, but they were inconclusive.  As the handwriting expert believes that further analysis will yield a conclusive result, new exemplars were obtained in a different manner than they were before.  These exemplars took hours to complete.

1

1     Due to the huge quantities of the unknown writings in this
2 case, as well as the exemplars to which they need to be compared,
3 the handwriting analysis has turned out to be extremely time
4 consuming.  Though we had hoped that the analysis would be
5 completed by June 30th, it will not be.  It is anticipated,
6 however, that the analysis will be completed before August 25,
7 2008.
8     As the handwriting analysis is an important part of this
9 case, the parties can not start any kind of serious negotiations
10 until these results are obtained.
11     Accordingly, both parties request that the status conference
12 in this case be continued to August 25, 2008.  Both parties
13 agree that time should be excluded through August 25, 2008, from
14 computation under the Speedy Trial Act pursuant to local code T4
15 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
16 reasonable time to prepare his case.

17 DATED: June 26, 2008              Respectfully submitted,

18                                       McGREGOR W. SCOTT
                                      United States Attorney
19

20

                             By:/s/ Kenneth J. Melikian
21                                 KENNETH J. MELIKIAN
                                Assistant U.S. Attorney
22

23 DATED: June 26, 2008            /s/ Kenneth J. Melikian
                                MALCOLM S. SEGAL
24                                Attorney for Defendant
                         (Signed by Kenneth J. Melikian
25                            per  authorization by Malcolm
                        S. Segal)
26

27

28

1       IT IS SO ORDERED.

3   DATED:   June 27, 2008

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE