# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Richard Nuwintore                                                           **Docket No. 07-CR-0139-WBS**

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Richard Nuwintore, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 27th day of April, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1029(a)(2)- Access Device Fraud (2 counts).

**BOND CONDITIONS**: The defendant was ordered released on a $250,000 collateral bond secured by his mother's property, with Pretrial Services supervision and special conditions.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 2, 2008, in Sacramento, California, the defendant was arrested for Driving Under the Influence of Alcohol/Drugs and Driving Under the Influence of Alcohol/.08%.  The defendant has an arraignment hearing set for July 29, 2008, before the Sacramento County Superior Court.

The defendant failed to notify Pretrial Services of the new DUI charges.  Pretrial Services discovered the arrest after conducting a routine records check.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on **Thursday, July 10, 2008**, at **2:00** p.m.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                Respectfully submitted,

                                                                /s/ Gina Lee Faubion

                                                                U.S. Pretrial Services Officer
                                            **ORDER**     Date: July 8, 2008

_____   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $___.

____   The Court hereby orders this ex parte motion and order be sealed.

_____   The Court orders a summons be issued with an appearance date of _____.

////

////

__XX__ The Court hereby orders this matter placed on this court's calendar on **Thursday, July 10, 2008**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_ The Court orders no action be taken.

> Considered and ordered this 9th day of
> July, 2008, and ordered filed and
> made a part of the records in the above case.
>
> _____/s/ Edmund F. Brennan_____
> U.S. Magistrate Judge

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer; and

8. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.