McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-139 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| RICHARD NUWINTORE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for August 25, 2008.  The parties further stipulate that a status conference be placed on the court's September 29, 2008, calendar.

   The parties have recently received a detailed report regarding the handwriting analyses of numerous unknown handwriting samples.  Both parties need time to assess this report before serious negotiations can begin to in an effort to settle this case.  The parties anticipate that they can digest this report, and attempt to settle the case, by September 29th.

1

1    Accordingly, both parties request that the status conference
2 in this case be continued to September 29, 2008 at 8:30 a.m.
3 Both parties  agree that time should be excluded through
4 September 29, 2008, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to afford the defendant reasonable time to prepare his
7 case.

8 DATED: August 21, 2008           Respectfully submitted,

9                                  McGREGOR W. SCOTT
                                   United States Attorney
10

11
                                 By:/s/ Kenneth J. Melikian
12                                  KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
13

14 DATED: August 21, 2008           /s/ Kenneth J. Melikian
                                    MALCOLM S. SEGAL
15                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
16                                  per  authorization by
                                    Malcolm S. Segal)
17

18     IT IS SO ORDERED.

19

20 DATED: August 22, 2008

21                           _____
                             WILLIAM B. SHUBB
22                           UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28