McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-139 WBS |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| RICHARD NUWINTORE, ) | |
| Defendants. ) | |

Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 29, 2008.  The parties further stipulate that a status conference be placed on the court's October 20, 2008, calendar.

The parties have recently received a detailed report regarding the handwriting analyses of numerous unknown handwriting samples.  Both parties need further time to assess this report before serious negotiations can begin to in an effort to settle this case.  The parties anticipate that they can digest this report, and attempt to settle the case, by October 20th.

1

1  Accordingly, both parties request that the status conference
2 in this case be continued to October 20, 2008.  Both parties
3 agree that time should be excluded through October 20, 2008, from
4 computation under the Speedy Trial Act pursuant to local code T4
5 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6 reasonable time to prepare his case.

7 DATED: September 25, 2008            Respectfully submitted,

8                                      McGREGOR W. SCOTT
                                       United States Attorney
9
                                       /s/ Kenneth J. Melikian
10
                                       By
11                                        KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
12

13 DATED: September 25, 2008            /s/ Kenneth J. Melikian
                                       MALCOLM S. SEGAL
14                                       Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                      per authorization by Malcolm
                                     S. Segal)
16

17    IT IS SO ORDERED.

18

19 DATED: September 26, 2008

20
                                      _____
21                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
22