McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-139 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| RICHARD NUWINTORE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for October 20, 2008.  The parties further stipulate that a status conference be placed on the court's November 10, 2008 calendar at 8:30 a.m..

The parties have recently received a detailed report regarding the handwriting analyses of numerous unknown handwriting samples.  Due to his recent and unexpected absence from his office, the prosecutor needs further time to assess this report.   The prosecutor anticipates that he can digest this report, and then complete plea negotiations by November 10th.

1

1    Accordingly, both parties request that the status conference
2 in this case be continued to November 10, 2008 at 8:30 a.m.  Both
3 parties  agree that time should be excluded through November 10,
4 2008, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
6 the defendant reasonable time to prepare his case.

7 DATED: October 15, 2008            Respectfully submitted,

8                                    McGREGOR W. SCOTT
                                     United States Attorney
9
                                     /s/ Kenneth J. Melikian
10
                                     By
11                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
12

13 DATED: October 15, 2008            /s/ Kenneth J. Melikian
                                     MALCOLM S. SEGAL
14                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                   per  authorization by Malcolm
                                      S. Segal)
16

17      IT IS SO ORDERED.

18

19 DATED: October 20, 2008

20                         _____
                           WILLIAM B. SHUBB
21                         UNITED STATES DISTRICT JUDGE

2