McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-139 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| RICHARD NUWINTORE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 10, 2008.  The parties further stipulate that a status conference be placed on the court's November 24, 2008, calendar.

   The parties have recently received a detailed report regarding the handwriting analyses of numerous unknown handwriting samples.  Due to two personal emergencies that have unexpectedly caused the Assistant U.S. Attorney's absence from his office, he needs further time to assess this report, and its impact on the case.  The Assistant U.S. Attorney anticipates

1

1  that he can digest this report, and then complete plea
2  negotiations by November 24th.  If this case is not settled by
3  that date, it is anticipated that the parties will request that
4  the court assign a date for trial.
5       Accordingly, both parties request that the status conference
6  in this case be continued to November 24, 2008.  Both parties
7  agree that time should be excluded through November 24, 2008,
8  from computation under the Speedy Trial Act pursuant to local
9  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
10 defendant reasonable time to prepare his case.
11 DATED: November 7, 2008          Respectfully submitted,
12                                  McGREGOR W. SCOTT
                                    United States Attorney
13
                                    /s/ Kenneth J. Melikian
14
                                    By
15                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
16
17 DATED: November 7, 2008          /s/ Kenneth J. Melikian
                                    MALCOLM S. SEGAL
18                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
19                                  per  authorization by Malcolm
                                    S. Segal)
20
21      IT IS SO ORDERED.
22
23 DATED:  November 7, 2008
24                                  _____
                                    WILLIAM B. SHUBB
25                                  UNITED STATES DISTRICT JUDGE
26
27
28

2