1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-139 WBS |
| Plaintiff, | |
| v. | STIPULATION; ORDER |
| RICHARD NUWINTORE, | |
| Defendants. | |

    Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for December 15, 2008.  The parties further stipulate that a status conference be placed on the court's January 5, 2009 calendar at 8:30 a.m.

    The parties are in the process of attempting to negotiate a settlement in this case.  These efforts could very well extend to January 5, 2009.  If this case is not settled by that date, it is anticipated that the parties will request that the court assign a date for trial.

///

1

1 | Accordingly, both parties request that the status conference
2 | in this case be continued to January 5, 2009.  Both parties
3 | agree that time should be excluded through January 5, 2009, from
4 | computation under the Speedy Trial Act pursuant to local code T4
5 | (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6 | reasonable time to prepare his case.

7 | DATED: December 5, 2008                Respectfully submitted,

8 |                                        McGREGOR W. SCOTT
                                           United States Attorney

9 |                                        /s/ Kenneth J. Melikian

10 |                                       By
11 |                                          KENNETH J. MELIKIAN
                                           Assistant U.S. Attorney

13 | DATED: December 5, 2008                /s/ Kenneth J. Melikian
                                           MALCOLM S. SEGAL
14 |                                        Attorney for Defendant
                                           (Signed by Kenneth J. Melikian
15 |                                        per  authorization by Malcolm
                                            S. Segal)

17 |     IT IS SO ORDERED.

19 | DATED: December 9, 2008

                                           _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE