MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD NUWINTORE,<br><br>Defendant.<br>_____/ | CASE NO. 2:07- CR-0139 WBS<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:    January 26, 2009<br>Time:   8:30 a.m.<br>Crtrm.:  Hon. William B. Shubb |

The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby LLP, and the United States of America, through its counsel of record, Assistant United States Attorney Kenneth J. Melikian, agree that the Status Conference currently set for January 5, 2009 should be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to January 26, 2009, at 8:30 a.m..

This continuance is requested to permit defense counsel additional time to conduct investigation into the allegations presented, to prepare a defense, and to review the results of the expert analysis and report which has been received. Additional time for attorney preparation is authorized by 18 U.S.C. § 3161(H)(8)(iv) of the Speedy Trial Act and Local Code T4.  Thus, the parties further agree that time

1 should be excluded from January 5, 2009 to January 26, 2009 pursuant to 18 U.S.C.
2 § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for that purpose.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 31, 2008, at Sacramento, California.

**SEGAL & KIRBY LLP**

By:  /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

**IT IS SO STIPULATED.**

**SEGAL & KIRBY LLP**

Dated: December 31, 2008

By:  /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

Dated: December 31, 2008

**McGREGOR W. SCOTT**
**United States Attorney**

By:  /s/ Kenneth J. Melikian
Kenneth J. Melikian
Assistant United States Attorney
(signed per authorization)

# ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for January 5, 2009 is continued to January 26, 2009, at 8:30 a.m., and that time is excluded from January 5, 2009 to January 26, 2009 pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated:  December 31, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE