1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-139 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| RICHARD NUWINTORE, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for January 26, 2009.  The parties further stipulate that a status conference be placed on the court's March 2, 2009, calendar.

The parties are in the process of attempting to negotiate a settlement in this case.  During this process, additional discovery has been provided to the defense.  The effort to settle this case could very well extend to March 2, 2009.  If this case is not settled by that date, the parties may very well request that the court assign a date for trial.

1

1   Accordingly, both parties request that the status conference
2 in this case be continued to March 2, 2009 at 8:30 a.m.  Both
3 parties  agree that time should be excluded through March 2,
4 2009, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
6 the defendant reasonable time to prepare his case.

7 DATED: January 22, 2009             Respectfully submitted,

8                                     McGREGOR W. SCOTT
                                      United States Attorney
9

10
                                      By: /s/ Kenneth J. Melikian
11                                    KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
12

13 DATED: January 22, 2009             /s/ Kenneth J. Melikian
                                      MALCOLM S. SEGAL
14                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
15                                    per  authorization by Malcolm
                                      S. Segal)
16

17     IT IS SO ORDERED.

18

19 DATED: January 23, 2009

20                          _____
                            WILLIAM B. SHUBB
21                          UNITED STATES DISTRICT JUDGE

2