```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-139 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| RICHARD NUWINTORE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 2, 2009.  The parties further stipulate that a status conference be placed on the court's April 13, 2009, calendar.

The parties are in the process of attempting to negotiate a settlement in this case.  The effort to settle this case has been severely hampered by the absence of the Assistant U.S. Attorney due to an illness for a week and a half, and his involvement in a trial shortly after his return.  It is anticipated that the parties will be able to settle this case by April 13th.  If not,

1

the parties may very well request that the court assign a date for trial.

Accordingly, both parties request that the status conference in this case be continued to April 13, 2009. Both parties agree that time should be excluded through April 13, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: February 25, 2009  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


By: /s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: February 25, 2009  /s/ Kenneth J. Melikian
MALCOLM S. SEGAL
Attorney for Defendant
(Signed by Kenneth J. Melikian per authorization by Malcolm S. Segal)

IT IS SO ORDERED.

DATED: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2