```
LAWRENCE G. BROWN
Acting United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-139 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| RICHARD NUWINTORE, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant Richard Nuwintore, through Malcolm S. Segal, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 13, 2009. The parties further stipulate that a status conference be placed on the court's July 13, 2009, calendar.

During negotiations in this case, defense counsel requested that the government perform an extensive handwriting analysis of a third party. As this is a reasonable request, the government will attempt to do so. But, it is anticipated that this handwriting analysis will take at least sixty days to complete. Additionally, during that period of time, the government will

1

also be performing a number of other investigative tasks requested by defense counsel.

    Accordingly, both parties request that the status conference in this case be continued to July 13, 2009. Both parties agree that time should be excluded through July 13, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: April 10, 2009        Respectfully submitted,

                              McGREGOR W. SCOTT
United States Attorney

By: /s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: April 10, 2009        /s/ Kenneth J. Melikian
MALCOLM S. SEGAL
Attorney for Defendant
(Signed by Kenneth J. Melikian per authorization by Malcolm S. Segal)

    IT IS SO ORDERED.

DATED: April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE