MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07- CR-00139 WBS |
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| RICHARD NUWINTORE, | |
| Defendant. | |

The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby LLP, and the United States of America, through its counsel of record, Assistant United States Attorney Matthew D. Segal, agree that the Status Conference currently set for July 13, 2009 should be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to September 21, 2009, at 8:30 a.m.

This continuance is requested to permit new government counsel the opportunity to review the case, to continue negotiations with defense counsel, and to follow-up on investigative requests made by defense counsel to prior government counsel in order to prepare the defense. Accordingly, both parties request that the status conference in this case be continued to September 21, 2009.

1

Both parties further agree that time should be excluded through September 21, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(H)(8)(iv)) in order to afford the defendant reasonable time to prepare his case.

**IT IS SO STIPULATED.**

                                          **SEGAL & KIRBY LLP**

Dated: July 6, 2009

                            By:   /s/ Malcolm S. Segal
                                    Malcolm S. Segal
                                    Attorneys for Defendant RICHARD NUWINTORE

Dated: July 6, 2009                   **LAWRENCE G. BROWN**
                                          **Acting United States Attorney**

                            By:   /s/ Matthew D. Segal
                                    Matthew D. Segal
                                    Assistant United States Attorney
                                    (signed per authorization)

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for July 13, 2009 is continued to September 21, 2009, at 8:30 a.m., and that time is excluded from July 13, 2009 to September 21, 2009 pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated: July 7, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE