MALCOLM S. SEGAL - SBN 075481
JAMES P. MAYO - SBN 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07- CR-0139 WBS |
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| RICHARD NUWINTORE, | |
| Defendant. | |

The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby LLP, and the United States of America, through its counsel of record, Assistant United States Attorney Matthew D. Segal, agree that the Status Conference currently set for September 21, 2009 should be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to October 26, 2009, at 8:30 a.m.

This continuance is requested to permit new government counsel the opportunity to review the case, to continue negotiations with defense counsel, and to continue to follow-up on investigative requests made by defense counsel to prior government counsel in order to prepare the defense.   Accordingly, both parties request that the status conference in this case be continued to October 26, 2009.

Both parties further agree that time should be excluded through September 21, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(H)(8)(iv)) in order to afford the defendant reasonable time to prepare his case.

**IT IS SO STIPULATED.**

**SEGAL & KIRBY LLP**

Dated: September 16, 2009

By: /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

Dated: September 16, 2009

By: /s/ Matthew D. Segal
Matthew D. Segal
Assistant United States Attorney
(signed per authorization)

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for September 21, 2009 is continued to October 26, 2009, at 8:30 a.m., and that time is excluded from September 21, 2009 to October 26, 2009 pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated: September 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE