```
LAWRENCE G. BROWN
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD NUWINTORE ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:07-CR-139 WBS <br><br> STIPULATION AND [PROPOSED] <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from October 26, 2009 to December 14, 2009 at 8:30 a.m.. They stipulate that the time between October 26, 2009 and December 14, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties are evaluating the evidence (written and electronic) and its admissibility. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh

1

1  the best interests of the public and the defendant in a speedy
2  trial.  18 U.S.C. § 3161(h)(7)(A).
3       Pursuant to Rule 12(c), the parties stipulate and agree that
4  any pretrial motions will be filed by November 30, 2009.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney


DATE: October 29, 2009        By:    /S/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney


DATE: October 29, 2009                /s/ Malcolm Segal by MDS
                                      MALCOLM SEGAL
                                      Attorney for Defendant

                                      **SO ORDERED.**

DATE:   October 28, 2009

                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE