BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-139 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| RICHARD NUWINTORE | |
| Defendant. | |

The parties are actively analyzing and exchanging opinions about the weight and admissibility of the evidence in this case. Thus, they request that the deadlines in this case be extended by three weeks.

The parties request that the status conference in this case be continued to February 1, 2010 at 8:30 a.m.. They stipulate that the time between December 14, 2009 and February 1, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

1  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the parties are
2  evaluating the evidence (written and electronic), its weight, and
3  its admissibility.  The parties stipulate and agree that the
4  interests of justice served by granting this continuance outweigh
5  the best interests of the public and the defendant in a speedy
6  trial.  18 U.S.C. § 3161(h)(7)(A).
7      Pursuant to Rule 12(c), the parties stipulate and agree that
8  any pretrial motions will be filed by December 24, 2009.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATE: December 9, 2009       By:    /S/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney

DATE: December 9, 2009              /s/ Malcolm Segal
                                        MALCOLM SEGAL
                                        Attorney for Defendant

                                        **SO ORDERED.**

DATE:  December 9, 2009

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

2