MALCOLM S. SEGAL - SBN 075481
JAMES P. MAYO - SBN 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0139 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| vs. | |
| RICHARD NUWINTORE, | |
| Defendant. | |

Pursuant to Rule 12(c), the parties previously stipulated, and received the approval of this Court, that any pretrial motions would be filed by December 24, 2009.  The parties have since reached a tentative agreement for the government to use certain evidence only under certain conditions in this case and require an additional period to refine the scope of the agreement.  Accordingly, the parties request that the deadline to file motions be extended until January 25, 2010, to permit them to prepare a stipulation and submit it to the Court for approval.  Such an extension will likely result in substantial judicial economy in the consideration and hearing of motions in this case.

The status conference in this case has already been continued to February 1, 2010, at 8:30 a.m.  The parties have previously stipulated that the time between

1 December 14, 2009 and February 1, 2010 should be excluded from the calculation
2 of time under the Speedy Trial Act.  The parties continue to stipulate that the ends of
3 justice are served by the Court excluding such time, so that counsel for the
4 defendant may have reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence.  18 U.S.C. § 3131(h)(7)(B)(iv).  Specifically,
6 the parties stipulate and agree that the interests of justice served by granting this
7 continuance outweigh the best interests of the public and the defendant in a speedy
8 trial.  18 U.S.C. § 3161(h)(7)(A).

**SEGAL & KIRBY LLP**

Dated: December 31, 2009

By:   /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD
NUWINTORE

Dated: December 31, 2009

By:   /s/ Matthew D. Segal
Matthew D. Segal
Assistant United States Attorney
(signed per authorization)

**SO ORDERED.**

Dated:  December 31, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE