MALCOLM S. SEGAL - SBN 075481
JAMES P. MAYO - SBN 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
RICHARD NUWINTORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD NUWINTORE,<br><br>    Defendant.<br>_____ / | CASE NO. 2:07- CR-0139 WBS<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The defendant, Richard Nuwintore, through his counsel of record, Segal & Kirby LLP, and the United States of America, through its counsel of record, Assistant United States Attorney Matthew D. Segal, agree that the Status Conference currently set for February 1, 2010, be vacated and hereby submit this stipulation and proposed order requesting that the Status Conference be continued to March 1, 2010, at 8:30 a.m.

The parties have since reached a tentative agreement for the government to use certain evidence only under certain conditions in this case and require an additional period to refine the scope of the agreement.  Accordingly, the parties request that the deadline to file motions be extended until February 25, 2010, to permit them to prepare a stipulation and submit it to the Court for approval.  Such an extension will likely result in substantial judicial economy in the consideration and hearing of motions in this case.

The status conference in this case was previously continued to February 1, 2010, at 8:30 a.m. and the parties previously stipulated that the time between December 14, 2009 and February 1, 2010.  The parties further stipulate that the period between February 1, 2010 and March 1, 2010 should also be excluded from the calculation of time under the Speedy Trial Act.  The parties continue to stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3131(h)(7)(B)(iv). Specifically, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

Dated: January 21, 2010

**SEGAL & KIRBY LLP**

By:  /s/ Malcolm S. Segal
Malcolm S. Segal
Attorneys for Defendant RICHARD NUWINTORE

Dated: January 21, 2010

By:  /s/ Matthew D. Segal
Matthew D. Segal
Assistant United States Attorney
(signed per authorization)

# ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that the Status Conference set for February 1, 2010 is continued to March 1, 2010, at 8:30 a.m., and that time is excluded from February 1, 2010 to March 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act and Local Code T4 for preparation of counsel.

Dated: January 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE