```
CHRISTOPHER HAYDN-MYER, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95765
Telephone: (916) 622-1703
email: chrishaydn@sbcglobal.net

Attorney for Defendant
RICHARD NUWINTORE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-CR-139 |
| Plaintiff, ) | STIPULATION; [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | DATE: May 24th, 2010 |
| RICHARD NUWINTORE, ) | TIME: 8:30 a.m. |
| ) | COURT: Hon. William B. Shubb |
| Defendant. ) | |
| _____ ) | |

    Defendant, RICHARD NUWINTORE, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Matthew D. Segal, agree as follows:

    It is hereby stipulated that the status conference currently set for May 24th, 2010 be vacated and a new status conference be scheduled on June 14th, 2010 at 8:30 a.m.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to investigate the case, and to adequately prepare.

///

///

```
Dated: May 21, 2010
                                        Respectfully submitted,

                                        /s/ Christopher Haydn-Myer
                                        _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        RICHARD NUWINTORE


DATED: May 21, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /S/ Christopher Haydn-Myer for
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for May 24th, 2010 at 8:30 a.m. be vacated and a new status conference be scheduled on June 14th, 2010 at 8:30 a.m., and that time under the Speedy Trial Act should be excluded from today's date to June 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

DATED:  May 21, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2