```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-139 WBS GGH |
| Plaintiff, ) | STIPULATION AND PROTECTIVE ORDER REGULATING DISCOVERY |
| v. ) | |
| RICHARD NUWINTORE, ) | |
| Defendant. ) | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

1. The United States shall make available for inspection and copying further discovery in this case. While the defendant may not necessarily be entitled to each item of this discovery, disclosure of this material may better facilitate preparation for trial.

2. Certain of the documents in this further discovery contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, addresses, telephone numbers, driver's license numbers, social

|   |   |   |
|---|---|---|
| 1 |  | security numbers and bank account numbers.  Any pages of |
| 2 |  | discovery that contain no personal identifying information |
| 3 |  | are not subject to this order. |
| 4 | 3. | The Protected Material is now and will forever remain the |
| 5 |  | property of the United States.  The Protected Material is |
| 6 |  | entrusted to counsel for each defendant only for purposes |
| 7 |  | of representation in this case. |
| 8 | 4. | Counsel for each defendant shall not give Protected |
| 9 |  | Material or any copy of Protected Material to any person |
| 10 |  | other than counsel's staff, investigator, or retained |
| 11 |  | expert(s).  The terms "staff," "investigator," and |
| 12 |  | "expert" shall not be construed to describe any defendant |
| 13 |  | or other person not either regularly employed by counsel |
| 14 |  | or a licensed investigator or expert hired in this case. |
| 15 | 5. | Any person receiving Protected Material or a copy of |
| 16 |  | Protected Material from counsel for any defendant shall be |
| 17 |  | bound by the same obligations as counsel and further may |
| 18 |  | not give the Protected Material to anyone (except that the |
| 19 |  | Protected Material shall be returned to counsel). |
| 20 | 6. | Counsel shall maintain a list of persons to whom any |
| 21 |  | Protected Material, or copies thereof, have been given. |
| 22 |  | Such persons shall be shown a copy of this Stipulation and |
| 23 |  | Order and shall sign a copy of the Stipulation and Order |
| 24 |  | and note that they understand its terms and agree to them. |
| 25 | 7. | The defendant in this case may review the Protected |
| 26 |  | Material and be aware of its contents, but shall not be |
| 27 |  | given control of the Protected Material or any copies |
| 28 |  | thereof.  Notwithstanding the foregoing, counsel is |

permitted to provide the defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact <u>all</u> personal identifying information from those documents prior to providing them to a defendant.

8. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: October 13, 2010    By:  /s/ Matt Segal
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney

                          By:  /s/ C. Haydn-Myer by mds
DATE: October 13, 2010         CHRISTOPHER HAYDN-MYER
                               Counsel for Richard Nuwintore

**SO ORDERED.**

DATE:October 13, 2010       /s/ Gregory G. Hollows
                            _____
                            HON. GREGORY G. HOLLOWS
                            U.S. Magistrate Judge

3