```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD NUWINTORE ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR S-07-139 WBS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO CONTINUE TRIAL DATE <br> AND EXCLUDE TIME |

The parties request that in this case the trial date be continued to **December 14, 2010 at 9:00 a.m.** and the trial confirmation hearing be continued to **November 29, 2010 at 8:30 a.m.** They stipulate that the time between the filing of this stipulation and December 14, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant and the government may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties are continuing to

1

inspect, copy, and review Rule 16 and early Jencks materials. Also, the Defendant is preparing to comply with his obligations under Rule 16(b). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: October 14, 2010         By:    /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney



DATE: October 14, 2010                /s/ Chris Haydn-Meyer by MDS
                                      CHRIS HAYDN-MEYER
                                      Attorney for Defendant


                               SO ORDERED.

DATE:   October 13, 2010
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE