UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No.  2:07-CR-0139 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| RICHARD NUWINTORE, | |
| Defendant. | |

----oo0oo----

Pursuant to the provisions of Local Rule 302(c)(17), defendant's Motion to Vacate Judgment (Coram Nobis)(Docket No. 131), is hereby referred to a Magistrate Judge to be assigned for all necessary proceedings, including the conducting of an evidentiary hearing if deemed necessary, and to prepare Findings and Recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated:  September 26, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1