UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD NUWINTORE,<br><br>  Defendant. | No. 2:07-cr-0139 WBS AC<br><br><br>ORDER |

Defendant's motion to vacate judgment (petition for writ of coram nobis), filed September 25, 2014, has been referred to the undersigned and is set for hearing on October 27, 2014. ECF Nos. 131, 132, 133. The government has filed a motion to dismiss the petition, noticed for hearing on the same date. ECF No. 134. Defendant has not responded to the motion to dismiss as required by Local Rule 430.1(d). Accordingly, it is hereby ORDERED AS FOLLOWS:

1. Hearing on the pending motions, ECF Nos. 131 and 134, is CONTINUED to November 10, 2014, at 9:00 a.m. in Courtroom 26;
2. Defendant shall file a brief in opposition to the motion to dismiss within seven (7) days of this order;
3. Plaintiff may file a reply brief within three (3) days thereafter.

DATED: October 21, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1