UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:07-cr-0139 WBS AC P |
| Plaintiff/Respondent, | |
| v. | ORDER |
| RICHARD NUWINTORE, | |
| Defendant/Petitioner. | |

Petitioner Richard Nuwintore, proceeding with counsel, seeks coram nobis relief from his 2011 conviction for credit card fraud.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 150. Petitioner has filed objections to the findings and recommendations and requested that the court issue a certificate of appealability.  ECF No. 151.  Respondent has replied.  ECF No. 152.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 11, 2015 (ECF No. 150), are adopted in full;

2. The United States' motion to dismiss (ECF No. 143) is granted;

3. The Amended Petition for Writ of Error Coram Nobis (ECF NO. 140) is dismissed; and

4. Petitioner's request that the court issue the certificate of appealability referenced in 28 U.S.C. § 2253 is denied as moot. See United States v. Kwan, 407 F.3d 1005, 1009 (9th Cir. 2005), abrogated on other grounds by Padilla v. Kentucky, 559 U.S. 356 (2010).

Dated: September 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

nuwi0139.805.hc

2