PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0139 WBS AC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EVIDENTIARY HEARING; [PROPOSED] ORDER |
| v. | DATE: October 23, 2017 |
| RICHARD NUWINTORE, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Richard Nuwintore, by and through his counsel, Charles M. Bonneau, Jr., hereby stipulate as follows:

1. By order of the United States Court of Appeals for the Ninth Circuit, this case was remanded to the district court for an evidentiary hearing regarding defendant Nuwintore's petition for writ of error coram nobis. The Honorable William B. Shubb subsequently referred the case to this Court. ECF No. 159.

2. By this stipulation, the parties request that the Court set this matter for an evidentiary hearing to be conducted before the Honorable Allison Claire on October 23, 2017, at 9:00 a.m. The parties anticipate that the evidentiary hearing will last one court day, and will include live testimony from at least two witnesses.

IT IS SO STIPULATED.

STIPULATION REGARDING EVIDENTIARY HEARING;
ORDER

1

| | |
|---|---|
| Dated: June 28, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: June 28, 2017 | /s/ CHARLES M. BONNEAU<br>CHARLES M. BONNEAU<br>Counsel for Defendant<br>RICHARD NUWINTORE |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: June 29, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE