CHARLES M. BONNEAU, Jr.
(State Bar No.: 056583)
331 J Street, Suite 200
Sacramento, CA 95814
(916) 444-8828
cmbonneau@gmail.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-0139 WBS AC |
| Plaintiff and Respondent, | **ORDER FOR EXONERATION OF BOND AND REMOVAL OF PROPERTY LIEN** |
| v. | |
| RICHARD NUWINTORE, | |
| Defendant and Petitioner. | |

There being no objection, and GOOD CAUSE APPEARING, the Appearance Bond filed in this Court on May 30, 2007, is ordered exonerated. The lien recorded on the referenced property is ordered removed. The October 16, 2017 hearing date is vacated.

IT IS SO ORDERED.

Dated: October 10, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1