UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br> v.<br><br>RICHARD NUWINTORE,<br><br>  Petitioner. | No. 2:07-cr-0139 WBS AC<br><br><br><br>ORDER |

  This case is currently scheduled for an evidentiary hearing on November 14, 2017, on Richard Nuwintore's petition for writ of error coram nobis alleging the ineffective assistance of counsel. Respondent United States now moves for an order of this court ruling that petitioner has waived his attorney-client privilege with respect to his communications with his former attorney, Christopher Haydn-Myer, regarding petitioner's decision to forgo trial and plead guilty, including any communications regarding plea negotiations, the likelihood of prevailing at trial and immigration advice. See ECF No. 170. The government requests that the evidentiary hearing be vacated pending the court's ruling, and avers that petitioner does not object to this request.

  For good cause shown, IT IS HEREBY ORDERED that:

  1. On or before November 13, 2017, petitioner shall file and serve a response to the government's motion.

////

1

2. The government shall file and serve a reply within seven days after service of petitioner's response.

3. The government's motion shall be submitted for decision on the papers.

4. The evidentiary hearing currently scheduled for November 14, 2017, is vacated, to be rescheduled upon the court's ruling on the government's motion.

IT IS SO ORDERED.

DATED: October 30, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE