# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0139 WBS AC |
| Plaintiff, | |
| v. | <u>PROTECTIVE ORDER</u> |
| RICHARD NUWINTORE, | |
| Defendant. | |

An evidentiary hearing is scheduled in this post-conviction case for January 22, 2018. Defendant has indicated that he intends to testify on his own behalf, ECF No. 178, and the government intends to call trial counsel, Christopher Haydn-Myer, as a witness, ECF No. 177.

This court has previously ruled that defendant's ineffective assistance of counsel claim has waived the attorney-client privilege as to communications between defendant and Mr. Haydn-Myer regarding the plea offer and the decision to accept it. ECF No. 175. The waiver therefore extends to any advice provided by Mr. Haydn-Meyer over the course of the representation regarding plea options, immigration consequences, and the pros and cons of going to trial, as well as Mr. Nuwintore's deliberative process regarding the plea decision. <u>Id.</u>

In accordance with the court's resolution of the waiver issue, it is further ordered as follows:

Information disclosed at the evidentiary hearing, which would be covered by attorney-client privilege absent defendant's ineffective assistance of counsel claim, may be used by the

1

government only for purposes of litigating the petition for coram nobis. The United States shall not use conversations or communications between Mr. Nuwintore and Mr. Haydn-Meyer, or information contained therein, against defendant in any future proceeding including possible retrial. See Bittaker v. Woodford, 331 F.3d 715, 722-24 (9th Cir. 2003) (en banc).

IT IS SO ORDERED.

DATED: January 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE