McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NUWINTORE,<br><br>Defendant. | CASE NO. 2:07-CR-139 WBS AC<br><br>STIPULATION REGARDING POST-HEARING BRIEF FILING DEADLINE; [~~PROPOSED~~] ORDER<br><br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Richard Nuwintore, by and through his counsel, Charles M. Bonneau, Jr., hereby stipulate as follows:

1. The Court held an evidentiary hearing regarding Nuwintore's amended coram nobis petition on January 22, 2018. At the close of the hearing, the Court ordered the parties to submit simultaneously filed post-hearing briefs. The Court ordered that those briefs shall be filed within 30 days of the release of the transcript of the evidentiary hearing. ECF No. 181. The transcript was delivered on February 14, 2018. ECF No. 186. Accordingly, the parties' respective briefs are due on March 16, 2018.

2. By this stipulation, the parties request that the Court extend the deadline for filing post-hearing briefs to April 6, 2018. The parties request additional time to review the record and prepare their respective briefs.

STIPULATION REGARDING POST-HEARING BRIEF
FILING DEADLINE; [PROPOSED] ORDER

1

IT IS SO STIPULATED.

Dated: March 5, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: March 5, 2018

/s/ CHARLES M. BONNEAU, JR.
CHARLES M. BONNEAU, JR.
Counsel for Defendant
RICHARD NUWINTORE

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: March 5, 2018

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE