1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:07-CR-139 WBS AC

12                     Plaintiff,          STIPULATION REGARDING POST-HEARING
                                           BRIEF FILING DEADLINE; [PROPOSED] ORDER
13            v.
                                           COURT: Hon. Allison Claire
14  RICHARD NUWINTORE,

15                     Defendant.

16

17                               **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant Richard

19  Nuwintore, by and through his counsel, Charles M. Bonneau, Jr., hereby stipulate as follows:

20          1.      The Court held an evidentiary hearing regarding Nuwintore's amended coram nobis

21  petition on January 22, 2018. At the close of the hearing, the Court ordered the parties to submit

22  simultaneously filed post-hearing briefs. The Court ordered that those briefs shall be filed within 30

23  days of the release of the transcript of the evidentiary hearing. ECF No. 181. The transcript was

24  delivered on February 14, 2018. ECF No. 186. By previous stipulation and order, the Court set April 6,

25  2018, as the filing deadline for the parties' briefs. ECF No. 188.

26          2.      By this stipulation, the parties request that the Court extend the deadline for filing post-

27  hearing briefs to April 9, 2018. The parties request additional time to review the record and prepare

28  their respective briefs.

IT IS SO STIPULATED.

Dated: April 6, 2018

McGREGOR W. SCOTT
United States Attorney


/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney


Dated: April 6, 2018

/s/ CHARLES M. BONNEAU, JR.
CHARLES M. BONNEAU, JR.
Counsel for Defendant
RICHARD NUWINTORE


**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: April 6, 2018

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE