MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NUWINTORE,<br><br>Defendant. | CASE NO. 2:07-CR-139 WBS AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Richard Nuwintore, by and through his counsel, Charles M. Bonneau, Jr., hereby stipulate as follows:

1. By order entered on January 30, 2019, the Honorable Allison Claire set a deadline for the filing of objections to the magistrate judge's Findings and Recommendations. ECF No. 194. The objections deadline is February 13, 2019, and the reply deadline is 7 days after service of the objections. ECF No. 194.

2. On February 7, 2019, Nuwintore filed Objections to the Magistrate Judge's Findings and Recommendations. ECF No. 195. Pursuant to Judge Claire's order, the United States' reply is due on February 14, 2019.

3. The United States requests that the Court modify the briefing schedule to permit the United States to file its reply to Nuwintore's Objections to the Magistrate Judge's Findings and

STIPULATION REGARDING BRIEFING SCHEDULE;
[PROPOSED] ORDER

1

Recommendations on or before February 28, 2019.  Nuwintore does not object to the United States' request.

IT IS SO STIPULATED.

Dated:  February 12, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  February 12, 2019

/s/ CHARLES M. BONNEAU, JR.
CHARLES M. BONNEAU, JR.
Counsel for Defendant
RICHARD NUWINTORE

## [~~PROPOSED~~] ORDER

IT IS HERBY ORDERED that the United States' reply to Nuwintore's Objections to the Magistrate Judge's Findings and Recommendations be filed and served on or before February 28, 2019.

DATED: February 14, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE