UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>    v.<br><br>RICHARD NUWINTORE,<br><br>    Defendant/Petitioner. | No. 2:07-cr-0139 WBS AC P<br><br>ORDER |

        Petitioner Richard Nuwintore filed an amended petition for coram nobis relief seeking to vacate the court's July 5, 2011 judgment in this case. ECF No. 140. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 2, 2015, the district judge adopted the undersigned's recommendation that respondent's motion to dismiss the petition be granted because barred by the parties' plea agreement waiving collateral attack. ECF Nos. 150, 153. Petitioner appealed. The Ninth Circuit reversed and remanded for an evidentiary hearing on the merits of petitioner's ineffective assistance of counsel claim. ECF No. 157 (Memorandum disposition filed May 23, 2017).

        On January 30, 2019, following an evidentiary hearing, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 194. Petitioner filed objections to the findings and recommendations. ECF No. 195.

1 | Respondent filed a reply to petitioner's objections after obtaining extended time to do so.  ECF
2 | Nos. 196-98.
3 |       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
4 | court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
5 | court finds the findings and recommendations to be supported by the record and by proper
6 | analysis.
7 |       Accordingly, IT IS HEREBY ORDERED that:
8 |       1.  The findings and recommendations filed January 30, 2019, are adopted in full;
9 |       2.  The Amended Petition for Writ of Coran Nobis, ECF No. 140, is denied; and
10 |       3.  The Clerk of the Court is directed to close this case.
11 | Dated:  March 14, 2019

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15 | AC/kt: nuwi0139.805.vac